# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EMIL MARTIN LUNDSTROM,<br><br>　　　　　　　　Defendant. | CR-24-102-GF-BMM<br><br>**ORDER** |

　　　　A grand jury issued an Indictment on December 4, 2024, charging Emil Martin Lundstrom with being a prohibited person in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). (Doc. 1.) Forfeiture was also alleged pursuant to 18 U.S.C. § 924(d). (*Id.*) Lundstrom pleaded not guilty at his initial appearance and arraignment in front of Judge Johnston on March 11, 2025. (Doc. 9.) Lundstrom moved to dismiss the charges contained in the Indictment on March 14, 2025, (Doc. 16.) Lundstrom pleaded guilty to the charge contained in the indictment and admitted the forfeiture allegation on May 12, 2025. (Doc. 21.) A Final Order of Forfeiture was issued on July 22, 2025, ordering Lundstrom's interest in the property identified in the Plea Agreement forfeited to the United States in accordance with 18 U.S.C. § 924(d). (Doc. 34.)

Lundstrom contends that 18 U.S.C. § 922(g)(1) violates his Second Amendment Rights pursuant to *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022). (Doc. 17 at 3.) The Ninth Circuit recently rejected this argument en banc in *United States v. Duarte*, 137 F.4th 743 (9th Cir. 2025). Pursuant to Lundstrom's plea of guilty and the Ninth Circuit's decision in *United States v. Duarte*, the Court denies Lundstrom's motion to dismiss. Lundstrom may elect to appeal the Court's decision to preserve his claims in light of the pending petition in *United States v. Duarte* at the United States Supreme Court.

Accordingly, **IT IS ORDERED** that Lundstrom's Motion to Dismiss is **DENIED**.

DATED this 17th day of September 2025.

_____
Brian Morris, Chief District Judge
United States District Court